JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FREDY WALDEMAR CORTEZ LUGOS,

　　　　Petitioner,

v.

RODENY S. SCOTT, et al.,

　　　　Respondents.

Case No. 5:26-cv-01880-KES

**JUDGMENT**

　　　Pursuant to the Court's Order Partially Granting Petition for Writ of Habeas, IT IS ADJUDGED that the Petition is granted as to Claim Two and denied as to Claims One and Three.

DATED: May 13, 2026

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE